JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TACTICAL SYSTEMS, LLC, a Delaware company; and KAREN BUCHHOLZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER EDWARDS, an individual, <br><br> Defendant. | CASE NO. CV-16-416-JFW (KSx) <br><br> Assigned: Hon. John F. Walter <br><br> **JUDGMENT AND PERMANENT INJUNCTION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Having considered the Parties' Joint Stipulation Re Permanent Injunction and Good Cause appearing therefrom, **IT IS HEREBY ORDERED** that commencing immediately from the date of entry of the Judgment for Permanent Injunction Defendant Christopher Edwards, and any company or entity controlled by him, and any of their successors, assigns, transferees, officers, directors, representatives, retailers, agents, partners, employees, licensees, servants, or any other person or entity in active concert or participation with the any of the foregoing shall:

1. Shut down all existing websites, articles, videos, or other internet-based forms of communication related to the Plaintiffs United Tactical and Karen Buchholz, or any entity affiliated with the Plaintiffs, and the PepperBall® trademark;

2. Be restrained and permanently enjoined from creating or participating in creating any such websites, articles, videos, or any other internet-based forms of communication related to the Plaintiffs United Tactical and Karen Buchholz, or any entity affiliated with the Plaintiffs United Tactical and Karen Buchholz and the PepperBall® trademark in the future;

3. Be restrained and permanently enjoined from contacting, in any way, United Tactical, Ms. Buchholz, or any entity affiliated with any of the entities listed herein;

4. Be restrained and permanently enjoined from making any statements or sending in written or electronic form statements to any third party about the Plaintiffs United Tactical and Karen Buchholz, or any entity affiliated with the Plaintiffs United Tactical and Karen Buchholz, and the PepperBall® trademark, including but not limited to statements to customers of United Tactical, law enforcement agencies, and regulatory bodies, both in the United States and abroad;

5. Take any and all permissible steps to dismiss any and all lawsuits which name the Plaintiffs United Tactical and Karen Buchholz, or any entity affiliated with the Plaintiffs United Tactical and Karen Buchholz, as a party; and

6. Be restrained and permanently enjoined from filing any lawsuits, in any

court anywhere in the world regarding the PepperBall® trademark, naming the Plaintiffs United Tactical and Karen Buchholz, or any entity affiliated with the Plaintiffs, as a party.

This Permanent Injunction shall have the force and effect of a permanent injunction entered by the Court following a fully contested trial on the merits.

This Court shall have jurisdiction over the enforcement of this Permanent Injunction, and shall have jurisdiction to make any orders or findings necessary to effectuate and enforce this Permanent Injunction, including the authority to award damages and civil penalties for any violation of this Permanent Injunction.

The Parties have waived findings of fact and conclusions of law, or any requirement for a more specific or detailed order imposed by Federal Rule of Civil Procedure 65(d), other statutory, or common law, and have acknowledged Notice of Entry of this Permanent Injunction.

Plaintiffs will not proceed on claims for and therefore shall not recover any money damages from Defendant and each party shall bear their own attorneys' fees and costs.

Defendant shall dismiss his appeal of the Court's order denying his special motion to strike and motion to proceed *in forma pauperis* as moot.

All further hearings and trial in this matter are hereby vacated and Plaintiffs' remaining claims are hereby fully and finally resolved.

**IT IS SO ORDERED.**

Dated: August 18, 2016

                                          Hon. John F. Walter
                                          United States District Judge